UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| STACIE M. WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:20-CV-213-DCP |
| ) | |
| ANDREW SAUL, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

For the reasons stated in the Memorandum Opinion entered contemporaneously herewith, Plaintiff's Complaint [**Doc. 1**] is **DISMISSED** without prejudice. The Clerk of Court is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

ENTER:

*Debra C. Poplin*
Debra C. Poplin
United States Magistrate Judge

ENTERED AS A JUDGMENT
s/ *LeAnna R. Wilson*
CLERK OF COURT